FILED

NOV 2 2 2013

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> DIEGO OMAR PARTIDA-RENTERIA, ) <br> ) <br> Defendant. ) <br> ) | Case No. 13CR2701-GPC <br><br> ORDER AND JUDGMENT OF DISMISSAL OF INDICTMENT |

Upon application of the United States Attorney, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the Indictment charging Defendant Diego Omar Partida-Renteria with one count of Attempted Entry After Deportation, in violation of Title 8, United States Code, Sections 1326(a) and (b), and False Claim to United States Citizenship, in violation of Title 18, United States Code, Section 911, be dismissed without prejudice and in the interest of justice.

DATED: 11/22/13 .

_____
HONORABLE GONZALO P. CURIEL
United States District Court